UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DEMARI LEPAUL THOMAS-MATHEWS,

    Defendant-Movant,

v.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

_____/

Case No. 1:24-cv-1124

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.

Dated:   May 21, 2025　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　United States District Judge